**Order entered December 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00776-CV

### IN THE INTEREST OF O.J.O. AND E.J.O., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-23995**

## ORDER

Before the Court is the November 29, 2019 request of court reporter Elizabeth Neve Griffin for an extension of time to file the reporter's record. Ms. Griffin explains that she is one of five court reporters working on the reporter's record for this appeal. We **GRANT** the request as follows. We **ORDER** Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, to file the complete reporter's record by **December 20, 2019**. Further extension requests will be strongly disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Saavedra; Ms. Griffin; and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE